IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 97-10470
Summary Calendar

———————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ARNULFO MENDOZA, JR.,

Defendant-Appellant.

———————————

Appeal from the United States District Court
for the Northern District of Texas
(4:96-CR-162-Y)

———————————

February 2, 1998

Before JOHNSON, JONES, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Arnulfo Mendoza filed a motion to withdraw as counsel and a brief in support of the motion as required by <u>Anders v. California</u>, 386 U.S. 738 (1967). After a careful review of the brief and the record, this Court has disclosed no nonfrivolous issue. Accordingly, counsel is excused from further responsibilities in this matter.

The appeal is DISMISSED.

———————————

[*] Pursuant to 5th CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th CIR. R. 47.5.4.